**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PRECISION CUSTOM MOLDERS, INC.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3120779** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1802 Holian Dr** **Spring Grove, IL 60081** Number, Street, City, State & ZIP Code | **P.O. Box 190** **Spring Grove, IL 60081** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **McHenry** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **PRECISION CUSTOM MOLDERS, INC.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor   **PRECISION CUSTOM MOLDERS, INC.**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .   *Check one:* |

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                                    Case number (*if known*) _____
          Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 10, 2017**
               MM / DD / YYYY

**X** **/s/ Sandra Krajecki**                                    **Sandra Krajecki**
Signature of authorized representative of debtor                 Printed name

Title    **Secretary -- Treasurer**

**18. Signature of attorney**

**X** **/s/ Timothy M. Hughes**                          Date    **October 10, 2017**
Signature of attorney for debtor                                 MM / DD / YYYY

**Timothy M. Hughes**
Printed name

**Lavelle Law, Ltd.**
Firm name

**1933 N. Meacham Road**
**Suite 600**
**Schaumburg, IL 60173**
Number, Street, City, State & ZIP Code

Contact phone    **847.705-9698**          Email address    **thughes@lavellelaw.com**

**6208982**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 10, 2017**       *X* **/s/ Sandra Krajecki**
                                          Signature of individual signing on behalf of debtor

                                          **Sandra Krajecki**
                                          Printed name

                                          **Secretary -- Treasurer**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................... $      **70,585.35**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................... $      **70,585.35**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **6,689,472.59**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $      **122.83**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **11,254.76**

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

    | $ **6,700,850.18** |
    |---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First American Bank** | **Checking** | **6401** | **$58,767.18** |
| 3.2. | **Spring Grove State Bank** | **Payroll - checking** | **7099** | **$114.00** |
| 3.3. | **First American Bank** | **Checking** | **0201** | **$81.17** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$58,962.35**

## Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **PRECISION CUSTOM MOLDERS, INC.**                     Case number *(If known)* _____
_____
                    Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |

11a. 90 days old or less:   **11,623.00**   -   **0.00**   = ....   **$11,623.00**
_____        _____        _____
face amount                               doubtful or uncollectible accounts

11a. 90 days old or less:   **0.00**   -   **0.00**   = ....   **Unknown**
_____        _____        _____
face amount                               doubtful or uncollectible accounts

12. **Total of Part 3.**                                                             **$11,623.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        _____

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>See Attached asset list | | **$0.00** | | **Unknown** |

23. **Total of Part 5.**                                                             **$0.00**
Add lines 19 through 22.  Copy the total to line 84.                          _____

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                    Case number *(If known)* _____
_____
        Name

☐ **No.** Go to Part 7.
☐ **Yes** Fill in the information below.

<table>
<tr><td>Part 7:</td><td colspan="4">**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ **No.** Go to Part 8.
☒ **Yes** Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See Attached asset list | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** See Attached asset list | **$0.00** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See Attached asset list | **$0.00** | | **Unknown** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

<table>
<tr><td>Part 8:</td><td colspan="4">**Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ **No.** Go to Part 9.
☒ **Yes** Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See Attached asset list** | **$0.00** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                     Case number *(If known)* _____
_____
Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**
       See Attached asset list                          **$0.00**                              **Unknown**

---

51.    **Total of Part 8.**                                                          **$0.00**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<table><tr><td>Part 9:</td><td>**Real property**</td></tr></table>

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

<table><tr><td>Part 10:</td><td>**Intangibles and intellectual property**</td></tr></table>

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

<table><tr><td>Part 11:</td><td>**All other assets**</td></tr></table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **PRECISION CUSTOM MOLDERS, INC.**                    Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $58,962.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,623.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $70,585.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $70,585.35 |

# Depreciation Detail Listing

FORM 1120

For your records only

2016
PAGE 1

Social security number/EIN 36-3120779

* Item was disposed of during current year.

Name(s) as shown on return: PRECISION CUSTOM MOLDERS INC

| No. | Description | Date | Cost | Salvage | Business percentage | Section 179 | Depreciation Basis | Life | Method | Rate | Current depr. | Accumulated Depreciation | Prior expense | Bonus depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 220V DRYING OVEN | 02132002 | 500 | | 100.00 | 500 | | 0/7 | | 0 | | 500 | 500 | | |
| 2 | AIR COMPRESSOR | 06302005 | 3,970 | | 100.00 | 3,970 | | 0/7 | | 0 | | 3,970 | 3,970 | | |
| 3 | AUGER FEEDER | 12302008 | 2,557 | | 100.00 | 2,557 | | 0/7 | | 0 | | 2,557 | 2,557 | | |
| 4 | BOB CAD-CAM | 04052008 | 1,605 | | 100.00 | 1,605 | | 0/5 | | 0 | | 1,605 | 1,605 | | |
| 5 | CARTON SEALER | 11092005 | 252 | | 100.00 | 232 | | 0/7 | BROKE | 0 | | 252 | 252 | | |
| 6 | CARTRIDGE DRYER | 06132008 | 450 | | 100.00 | 450 | | 0/7 | | 0 | | 450 | 450 | | |
| 7 | CHEVALIER 11 GRINDER | 04012006 | 2,000 | | 100.00 | 2,000 | | 0/7 | | 0 | | 2,000 | 2,000 | | |
| 8 | CIN MILACRON VT44021 | 08172009 | 1,499 | | 100.00 | 1,499 | | 0/7 | 200 DB HY | 4.46 | | 1,499 | 1,499 | | |
| 9 | COLOR PRINTER | 08162008 | 342 | | 100.00 | 342 | | 0/5 | | 0 | | 342 | 342 | | |
| 10 | COMPUTERS | 03011997 | 7,569 | | 100.00 | 7,569 | 7,569 | 0/5 | OUTDATED SCRAP | | | 7,569 | 7,569 | | |
| 11 | DELL LAPTOP | 04052008 | 810 | | 100.00 | 810 | | 0/5 | | 0 | | 810 | 810 | | |
| 12 | DIRECT LINE CONVEYOR | 05062002 | 3,009 | | 100.00 | 3,009 | | 0/7 | | 0 | | 3,009 | 3,009 | | |
| 13 | EQUIPMENT | 03012000 | 53,022 | | 100.00 | | 53,022 | 10 | | 0 | | 53,022 | | | |
| 14 | EQUIPMENT | 06012009 | 42,284 | | 100.00 | | 42,284 | 10 | | 0 | | 42,284 | | | |
| 15 | EQUIPMENT | 01011992 | 159,656 | | 100.00 | | 159,656 | 20 | | 0 | | 159,656 | | | |
| 16 | FEDERAL PACIFIC | 09302009 | 1,750 | | 100.00 | 1,750 | | 0/7 | 200 DB HY | 4.45 | | 1,750 | 1,750 | | |
| 17 | FURNITURE | 01011996 | 3,248 | | 100.00 | | 3,248 | 7 | | | | 3,248 | | | |
| 18 | GE BUS PLUG | 09302009 | 1,200 | | 100.00 | 1,200 | | 0/7 | 200 DB HY | 4.46 | | 1,200 | 1,200 | | |
| 19 | HOLLAND SKIDSTER | 01242009 | 5,000 | | 100.00 | 5,000 | | 0/7 | 200 DB HY | 4.46 | | 5,000 | 5,000 | | |
| 20 | HOPPER LOADER | 12202008 | 1,560 | | 100.00 | 1,560 | | 0/7 | | 0 | | 1,560 | 1,560 | | |
| 21 | HOPPER LOADER STD MOT | 04022005 | 1,973 | | 100.00 | 1,973 | | 0/5 | | 0 | | 1,973 | 1,973 | | |
| 22 | HP DC5700 COMPUTER | 03082008 | 938 | | 100.00 | 938 | | 0/5 | | 0 | | 938 | 938 | | |
| 23 | HP DC5800 COMPUTER | 07052008 | 1,015 | | 100.00 | 1,015 | | 0/5 | | 0 | | 1,015 | 1,015 | | |
| 24 | HYDRAULIC MOTOR | 03292005 | 6,101 | | 100.00 | 6,101 | | 0/7 | | 0 | | 6,101 | 6,101 | | |
| 25 | IMPROVEMENTS | 07012007 | 1,245 | | 100.00 | | 1,245 | 15 | 150 DB HY | 5.9 | 73 | 839 | | | 73 |
| 26 | LEASEHOLD | 12011995 | 27,096 | | 100.00 | | 27,096 | 7 | | 0 | | 27,096 | | | |
| 27 | LEASEHOLD IMPROVEMENT | 07012006 | 1,245 | | 100.00 | | 1,245 | 7 | | 0 | | 1,245 | | | |
| 28 | MACHINERY & EQUIPMENT | 07012004 | 19,188 | | 100.00 | 19,188 | | 0/7 | | 0 | | 19,188 | 19,188 | | |
| 29 | MACHINERY & EQUIPMENT | 04092005 | 8,003 | | 100.00 | 8,003 | | 0/7 | | 0 | | 8,003 | 8,003 | | |
| 30 | MACHINERY & EQUIPMENT | 10012002 | 2,515 | | 100.00 | 2,515 | | 0/7 | | 0 | | 2,515 | 2,515 | | |

Depreciation Detail Listing
FORM 1120
For your records only

2016
PAGE 2

Social security number/EIN 36-3120779

*Item was disposed of during current year.

Name(s) as shown on return
PRECISION CUSTOM MOLDERS INC

| No. | Description | Date | Cost | Salvage | Business percentage | Section 179 | Depreciation Basis | Life | Method | Rate | Current depr. | Accumulated Depreciation | Prior expense | Bonus depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | MATERIAL LOADER | 07022008 | 1,722 | | 100.00 | 1,722 | 1,722 | 0/7 | | 0 | | 1,722 | 1,722 | | |
| 32 | MC-2 VOLUMETRIC METER | 02022009 | 2,505 | | 100.00 | 2,505 | 2,505 | 0/7 | 200 DB HY | 4.46 | | 2,505 | 2,505 | | |
| 33 | NOVATEC HOPPER MOH50 | 04282009 | 700 | | 100.00 | 700 | 700 | 0/7 | 200 DB HY | 4.46 | | 700 | 700 | | |
| 34 | OFFICE EQUIPMENT | 07012006 | 420 | | 100.00 | 420 | 420 | 0/7 | | 0 | | 420 | 420 | | |
| 35 | OFFICE EQUIPMENT | 07012007 | 1,864 | | 100.00 | 1,864 | 1,864 | 0/7 | | 0 | | 1,864 | 1,864 | | |
| 36 | PARTS CONVEYOR | 11012008 | 1,995 | | 100.00 | 1,995 | 1,995 | 0/7 | | 0 | | 1,995 | 1,995 | | |
| 37 | PPE HOPPER LOADER | 01072009 | 1,235 | | 100.00 | 1,235 | 1,235 | 0/7 | 200 DB HY | 4.46 | | 1,235 | 1,235 | | |
| 38 | SNOW BLOWER | 01062008 | 2,402 | | 100.00 | 2,402 | | 0/7 | | 0 | | 2,402 | 2,402 | | |
| 39 | TEMPERATURE CONTROL U | 12200006 | 2,653 | | 100.00 | 2,653 | | 0/7 | 200 DB HY | 4.46 | | 2,653 | 2,653 | | |
| 40 | ITM 25 IN FEED HOPPER | 02202009 | 780 | | 100.00 | 780 | 780 | 0/7 | | | | 780 | 780 | | |
| 41 | TRAVERSING PNEUMATIC | 03020202 | 8,600 | | 100.00 | 8,600 | 8,600 | 0/7 | | 0 | | 8,600 | 8,600 | | |
| 42 | TRAVERSING PNEUMATIC | 05102002 | 8,600 | | 100.00 | 8,600 | 8,600 | 0/7 | | 0 | | 8,600 | 8,600 | | |
| 43 | UNIT SIL THER U825 | 04282009 | 850 | | 100.00 | 850 | 850 | 0/7 | 200 DB HY | 4.46 | | 850 | 850 | | |
| 44 | UNIT SIL THER UF70 | 04282009 | 850 | | 100.00 | 850 | 173/7 | | 200 DB MQ | 8.86 | 15 | 164 | 850 | | 27 |
| 45 | AIRSYSTEMSHEATERUNIT | 07032010 | 173 | | 100.00 | | 589/7 | | 200 DB WQ | 8.73 | 51 | 543 | | | 72 |
| 46 | SNORKEL ATB-38E ARTIC | 10092010 | 589 | | 100.00 | 300 | 0/7 | | EXP | 0 | | 300 | 300 | | |
| 47 | CANON B340 DIGITAL CO | 01072011 | 300 | | 100.00 | 1,799 | 0/7 | | EXP | 0 | | 1,799 | 1,799 | | |
| 48 | PPE HOPPER LOADER AL- | 01192011 | 1,799 | | 100.00 | 398 | 0/7 | | EXP | 0 | | 398 | 398 | | |
| 49 | PPE GRANULATOR EXHAUS | 02012011 | 398 | | 100.00 | 2,898 | 0/7 | | EXP | 0 | | 2,898 | 2,898 | | |
| 50 | ROLLAWAY PARTS CONVEY | 04202011 | 2,898 | | 100.00 | 3,994 | 0/7 | | EXP | 0 | | 3,994 | 3,994 | | |
| 51 | PPE FIXED INCLINE CON | 03182011 | 3,994 | | 100.00 | 3,995 | 0/7 | | EXP | 0 | | 3,995 | 3,995 | | |
| 52 | PPE FIXED INCLINE CON | 12092011 | 3,995 | | 100.00 | 727 | 0/7 | | EXP | 0 | | 727 | 727 | | |
| 53 | HOT SPRUE NOZZLE ASSE | 01072012 | 727 | | 100.00 | 2,331 | 0/7 | | EXP | 0 | | 2,331 | 2,331 | | |
| 54 | HOPPER LOADER | 01282012 | 2,331 | | 100.00 | 608 | 0/7 | | EXP | 0 | | 608 | 608 | | |
| 55 | CONCRETE SAW | 05022012 | 608 | | 100.00 | 514 | 0/7 | | EXP | 0 | | 514 | 514 | | |
| 56 | YALE CHAIN HOIST | 12142012 | 514 | | 100.00 | 183 | 0/7 | | EXP | 0 | | 183 | 183 | | |
| 57 | VACU BREAK 4 | 05302012 | 183 | | 100.00 | 973 | 0/7 | | EXP | 0 | | 973 | 973 | | |
| 58 | 12 SPEED FLOOR DRILL | 03312013 | 973 | | 100.00 | 2,017 | 0/7 | | EXP | 0 | | 2,017 | 2,017 | | |
| 59 | CONVEYOR 24" WIDE X 6 | 10162013 | 2,017 | | 100.00 | 425 | 0/7 | | EXP | 0 | | 425 | 425 | | |
| 60 | OFFICE CHAIRS - QUILL | 02162013 | 425 | | 100.00 | | 0/7 | | EXP | 0 | | 425 | 425 | | |

*Item was disposed
of during current year.

Amount is not shown on return

## Depreciation Detail Listing
FORM 1120
For your records only

**2016**
PAGE 3

PRECISION CUSTOM MOLDERS INC

Social security number/EIN 36-3120779

| No. | Description | Date | Cost | Salvage | Business percentage | Section 179 | Depreciation Basis | Life | Method | Rate | Current depr. | Accumulated Depreciation | Prior expense | Bonus depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | INDUSTRIAL SANITAIRE | 02162013 | 368 | | 100.00 | 368 | 0 | 5 | EXP | 0 | | 368 | 368 | | |
| 62 | CINCINNATI MOLDING MA | 06202014 | 26,705 | | 100.00 | | 26,705 | 7 | SL HY | 14.286 | 3,815 | 9,538 | | | 3,815 |
| 63 | KVA DRY TYPE TRANSFER | 07172014 | 3,155 | | 100.00 | | 3,155 | 7 | SL HY | 14.286 | 451 | 1,127 | | | 451 |
| 64 | EQPT – FOWLER OPTIC | 02012014 | 2,376 | | 100.00 | | 2,376 | 7 | SL HY | 14.286 | 339 | 848 | | | 339 |
| 65 | AIR COMPRESSOR | 01012015 | 1,350 | | 100.00 | 1,350 | 0 | 7 | EXP | 0 | | 1,350 | 1,350 | | |
| 66 | CONTROL LIFTING MAGNE | 02232015 | 1,407 | | 100.00 | 1,407 | 0 | 7 | EXP | 0 | | 1,407 | 1,407 | | |
| 67 | ROTATING CRANE | 02242015 | 1,104 | | 100.00 | 1,104 | 0 | 7 | EXP | 0 | | 1,104 | 1,104 | | |
| 68 | HOPPER LOADER | 10062015 | 2,547 | | 100.00 | 2,547 | 0 | 7 | EXP | 0 | | 2,547 | 2,547 | | |
| 69 | 2016 EQUIPMENT | 07012016 | 22,794 | | 100.00 | | 22,794 | 5 | 200 DB HY | 20 | 4,559 | 4,559 | | | 4,559 |
| | Totals | | 480,468 | | | 129,331 | 351,157 | | | | 9,303 | 441,069 | 129,331 | | 9,330 |

ST ADJ:

## Next Year's Depreciation Worksheet

(Keep for your records)

**2016**

Name(s) as shown on return
PRECISION CUSTOM MOLDERS INC

Tax ID Number
36-3120779

| Form | Multi-Form | Description | Date | Basis | Method | Life | Deduction |
|------|-----------|-------------|------|-------|--------|------|-----------|
| 1120 | 1 | 220V DRYING OVEN | 02132002 | | M | 7 | |
| 1120 | 1 ✓ | AIR COMPRESSOR | 06302005 | | M | 7 | |
| 1120 | 1 | AUGER FEEDER | 12302008 | | M | 7 | |
| 1120 | 1 | BOB CAD-CAM | 04052008 | | M | 5 | |
| 1120 | 1 | CARPER CLEANER → SCRAPE | 12062008 | | M | 7 | |
| 1120 | 1 | CARTRIDGE DRYER | 06132008 | | M | 7 | |
| 1120 | 1 | CHEVALIER 11 GRINDER | 04012006 | | M | 7 | |
| 1120 | 1 | CIN MILACRON VT44021 | 08172009 | | M | 7 | |
| 1120 | 1 ✓ | COLOR PRINTER | 08162008 | | M | 5 | |
| 1120 | 1 | COMPUTERS REPLACE Dave | 03011999 | 7,569 | M | 5 | |
| 1120 | 1 | DELL LAPTOP GO in | 04052008 | | M | 5 | |
| 1120 | 1 ✓ | DIRECT LINE CONVEYOR | 05062002 | | M | 7 | |
| 1120 | 1 | EQUIPMENT | 03012000 | 53,022 | SL | 10 | |
| 1120 | 1 | EQUIPMENT | 06011999 | 42,284 | SL | 10 | |
| 1120 | 1 | EQUIPMENT | 01011992 | 159,656 | SL | 20 | |
| 1120 | 1 | FEDERAL PACIFIC | 09302009 | | M | 7 | |
| 1120 | 1 ✓ | FURNITURE | 01011996 | 3,248 | SL | 7 | |
| 1120 | 1 | GE BUS PLUG | 09302009 | | M | 7 | |
| 1120 | 1 ✓ | HOLLAND SKIDSTER | 01242009 | | M | 7 | |
| 1120 | 1 ✓ | HOPPER LOADER | 12202008 | | M | 7 | |
| 1120 | 1 ✓ | HOPPER LOADER STD MOTOR | 04022005 | | M | 7 | |
| 1120 | 1 ✓ | HP DC5700 COMPUTER | 03082008 | | M | 5 | |
| 1120 | 1 ✓ | HP DC5800 COMPUTER | 07052008 | | M | 5 | |
| 1120 | 1 | HYDRAULIC MOTOR | 03292005 | | M | 7 | |
| 1120 | 1 | IMPROVEMENTS | 07012007 | 1,245 | M | 15 | 74 |
| 1120 | 1 | LEASEHOLD | 12011995 | 27,096 | SL | 7 | |
| 1120 | 1 | LEASEHOLD IMPROVEMENT | 07012006 | 1,245 | M | 7 | |
| 1120 | 1 | MACHINERY & EQUIPMENT | 07012004 | | M | 7 | |
| 1120 | 1 | MACHINERY & EQUIPMENT | 04092003 | | M | 7 | |
| 1120 | 1 | MACHINERY & EQUIPMENT | 10012002 | | M | 7 | |
| 1120 | 1 | MATERIAL LOADER | 07022008 | | M | 7 | |
| 1120 | 1 | MC-2 VOLUMETRIC METER | 02022009 | | M | 7 | |
| 1120 | 1 | NOVATEC HOPPER MDM50 | 04282009 | | M | 7 | |
| 1120 | 1 | OFFICE EQUIPMENT | 07012006 | | M | 7 | |
| 1120 | 1 | OFFICE EQUIPMENT | 07012007 | | M | 7 | |
| 1120 | 1 | PARTS CONVEYOR | 11012008 | | M | 7 | |
| 1120 | 1 | PPE HOPPER LOADER | 01072009 | | M | 7 | |
| 1120 | 1 NO | SNOW BLOWER SCRAPE | 03082008 | | M | 7 | |
| 1120 | 1 ✓ | TEMPERATURE CONTROL UNIT | 12202008 | | M | 7 | |
| 1120 | 1 ✓ | TM 45 IN FEED HOPPER | 02022009 | | M | 7 | |
| 1120 | 1 ✓ | TRAVERSING PNEUMATIC PIC | 03022002 | | M | 7 | |
| 1120 | 1 ✓ | TRAVERSING PNEUMATIC PIC | 05102002 | | M | 7 | |
| 1120 | 1 | UNIT SIL THER U825 | 04282009 | | M | 7 | |
| 1120 | 1 | UNIT SIL THER UF70 | 04282009 Scrap | | M | 7 | |
| 1120 | 1 | AIRSYSTEMSHEATERUNIT DFC | 07032010 | 173 | M | 7 | 9 |
| 1120 | 1 ✓ | SNORKEL ATB-38E ARTICULA | 10092010 | 589 | M | 7 | 45 |
| 1120 | 1 | CANON D340 DIGITAL COPIE | 01072011 | | EXP | 7 | |
| 1120 | 1 ✓ | PPE HOPPER LOADER HL-513 | 01192011 | | EXP | 7 | |
| 1120 | 1 ✓ | PPE GRANULATOR EXHAUST N | 02012011 | | EXP | 7 | |
| 1120 | 1 ✓ | ROLLAWAY PARTS CONVEYOR | 04202011 | | EXP | 7 | |
| 1120 | 1 ✓ | PPE FIXED INCLINE CONVEY | 08182011 | | EXP | 7 | |
| 1120 | 1 | PPE FIXED INCLINE CONVEY | 12092011 | | EXP | 7 | |

## Next Year's Depreciation Worksheet

(Keep for your records)                                    2016

Name(s) as shown on return
PRECISION CUSTOM MOLDERS INC

Tax ID Number
36-3120779

| Form | Multi-Form | Description | Date | Basis | Method | Life | Deduction |
|---|---|---|---|---|---|---|---|
| 1120 | 1 | HOT SPRUE NOZZLE ASSEMBL | 01072012 | IN MOLD | EXP | 7 | |
| 1120 | 1 | HOPPER LOADER | 01282012 | | EXP | 7 | |
| 1120 | 1 | CONCRETE SAW | 06022012 | | EXP | 7 | |
| 1120 | 1 | YALE CHAIN HOIST | 12142012 | | EXP | 7 | |
| 1120 | 1 | VACU BREAK 4 | 06302012 | | EXP | 7 | |
| 1120 | 1 | 12 SPEED FLOOR DRILL PRE | 08312013 | | EXP | 7 | |
| 1120 | 1 | CONVEYOR 24" WIDE X 6' | 10162013 | | EXP | 7 | |
| 1120 | 1 | OFFICE CHAIRS - QUILL | 02162013 | | EXP | 7 | |
| 1120 | 1 | INDUSTRIAL SANITAIRE VAC | 02162013 | | EXP | 5 | |
| 1120 | 1 | CINCINNATI MOLDING MACHI | 06202014 | 26,705 | SL | 7 | 3,815 |
| 1120 | 1 | KVA DRY TYPE TRANSFER 48 | 07172014 | 3,155 | SL | 7 | 451 |
| 1120 | 1 | EQPT - FOWLER OPTIC | 02012014 | 2,376 | SL | 7 | 339 |
| 1120 | 1 | AIR COMPRESSOR | 01012015 | | EXP | 7 | |
| 1120 | 1 | CONTROL LIFTING MAGNET | 02232015 | | EXP | 7 | |
| 1120 | 1 | ROTATING CRANE | 02242015 | | EXP | 7 | |
| 1120 | 1 | HOPPER LOADER | 10062015 | | EXP | 7 | |
| 1120 | 1 | 2016 EQUIPMENT | 07012016 | 22,794 | M | 5 | 7,294 |
| | | TOTAL | | | | | 12,027 |

## MACHINERY & EQUIPMENT LIST                                    2017 Addendum

| Equipment | | | Purchased | Amount ($) |
|---|---|---|---|---|
| **CURRENT MIDWEST COOLING TOWER 50 Ton.**<br>Model CF50ss Rated -Stainless Steel & Optional Inlet Screen<br>(purchased NEW) -- Current Midwest<br>Inv.# 19572 -- PCM Check # 13072 | | | 3/10/17 | 10,970.00 |
| **FIXED INCLINE CONVER FIC-18**<br>Ser# FIC1890VL5596116<br>Inv.# 3138219 -- PCM CK# 13094 | | | 2/18/17 | $4099.99 |
| **STERLING M2B-2012-C UPRIGHT TEMPERATURE CONTROL UNIT**<br>Serial Number 47A00017<br>Inv.# 529060 -- PCM CK# 13094 | | | 2/18/17 | $3324.72 |
| | | | | |
| | | | | |
| **TOTAL:** | | | | $18,394.71 |

## 2017 EQUIPMENT SOLD OR SCRAPPED

| | | |
|---|---|---|
| Scrapped Old Marley Cooling Towers & replace with Current Midwest | | $-0 - |

SK :0/3/17   C:\My Documents\PCM Info Documents\MACHINERY 2017 Update.doc

# MACHINERY & EQUIPMENT LIST                    2016 Addendum

| Equipment | | | Purchased | Amount ($) |
|---|---|---|---|---|
| CEILING MOUNT GAS HEATER – PART OF *Leasehold* (purchased NEW) – McMaster Carr  *Building* Inv.# 46623843 – PCM Check # 12643  *Leasehold Improvements* | | | 1/30/16 | 1603.30 |
| TEREX TB50 4x4 Dual Fuel Telescopic Boom Lift w/Jib (purchased USED) -- CD Investments (Inv.# 19755 -- PCM Check # 12673) | | | 2/23/16 | $9900.00 |
| FIXED INCLINE CONVEYOR -- SN FIC1890VL555000216 (purchased  NEW) -- Plastic Process Equipment Inv. # 3003700 dated 4/1/16 -- PCM Check # 12749 | | | 4/23/16 | $4080.85 |
| ENCO MILL/DRILL PRESS & STAND (purchased NEW) -- ENCO Manufacturing Co. Inv. # 67236626 dated 4/21/16 -- PCM Check# 12777 | | | 5/14/16 | $1716.00 |
| STARLING UPRIGHT TEMPERATURE CONTROL UNIT SN 46E1008 -- Model M2B-2012C (purchased NEW) -- Sterling Products Inc Inv. # 507289 dated 6/15/16 | | | 7/9/16 | $3315.15 |
| CONVEYOR -- SN# pc2460vb63790616 (purchased NEW) -- Plastic Process Euipment Inv.# 3052909 dated 7/21/16 | | | 8/13/16 | $2178.96 |
| TOTAL: | | | | $22794.26 |

# 2016 EQUIIPMENT SOLD OR SCRAPPED

| | | | | $-0 - |
|---|---|---|---|---|
| None | | | | |

SK 2/4/17    C:\My Documents\PCM Info Documents\MACHINERY 2016 Update.doc

## MACHINERY & EQUIPMENT LIST                    2015 Addendum

| Equipment | | | Purchased | Amount ($) |
|---|---|---|---|---|
| **AIR COMPRESSOR**<br>(purchased new) – Northern Tool<br>(Visa Purchase) | | | 1/1/2015 | $1349.99 |
| **CONTROL LIFTING MAGNET 800 POUNDS TO LIFT MOLDS**<br>(purchased new) – McMaster Carr<br>Inv. #23651163 dated 2/23/15 | | | 2/23/15 | $1407.37 |
| **ROTATING CRANE (COLUMN MOUNT)**<br>(purchased new) – McMaster Carr<br>Inv. # 23795962 dated 2/24/15 | | | 2/24/15 | $1104.39 |
| **HOPPER LOADER**<br>(purchased new) – Plastic Process Equipment<br>Inv. # 2924450 dated 10/6/15<br>SN HL8122231014 | | | 10/6/15 | $2546.82 |
| **TOTAL:** | | | | $6408.57 |

## 2015 EQUIPMENT SOLD OR SCRAPPED

| None | | $-0 - |
|---|---|---|

SK 1/30/15    C:\My Documents\PCM Info Documents\MACHINERY 2015 Update.doc

# MACHINERY & EQUIPMENT LIST                    2014 Addendum

| Equipment | Purchased | Amount ($) |
|---|---|---|
| **CINCINNATI MILACRON 300 TON MOLDING MACHINE** (purchased used) – Global Machine Brokers  Serial # 4038A41/88-2S  Inv. # 14-00181 | 6/20/14 | $21,000.00 |
| GE Valve Drive ard for Cincinnatti Molding Machine's Control System  Purchased new from Control System Laboraties  Inv. #84917 | 7/11/14 | $404.82 |
| Vickers RH Vane Pump for Cincinnati Molding Machine  Purchased new from Tri-State Hydraulics  Inv. #324040 dated 9/30/14 | 9/30/14 | $856.33 |
| 20 Ton Hydraulic Press  Purchased new from Enco  Inv. # 54788994 dated 7/29/14 | 7/29/14 | $633.00 |
| KVA Dry Type Transfer 480V with 200 AMP Fusible Disconnett  Purchased new from Current Midwest    *TRANSFORMER*  Inv. #18854 dated 7/17/14 | 7/17/14 | $3155.07 |
| HP Pavilion 500-281 Computer – Product # F3E14AA#ABA  Purchased new from HP – Serial # MXXX42107KQ  Order # H130120375    *(PCM BOOKS ON THIS COMPUTER) WOULD LIKE TO KEEP FOR YEAR END* | 7/9/14 | $568.72 |
| **TOTAL:** | | $26617.94 |

## 2014 EQUIPMENT SOLD OR SCRAPPED

| | | |
|---|---|---|
| Reed Molding Machine 400 Ton, 30 oz Molding Machine from 1969 – Serial # P502574 | 6/1/14 | $-0- |

# MACHINERY & EQUIPMENT LIST                    2013 Addendum

| Equipment | | | | Purchased | Amount ($) |
|---|---|---|---|---|---|
| YALE ½ Ton Chain Hoist – Model No. KE1/2-10T-30/10S11 (purchased on Visa credit card) – Fram Fram (Auction) Serial # 17385201 Inv. #121213-60577-314 | | | | 1/5/13 | $514.00 |
| 12 Speed Floor Drill Press with Springs SKU # 505-73277394 Purchased new from ENCO 8/13/13 Invoice # 42254173 | | | | 1/28/12 | $972.75 |
| CONVEYOR 24" Wide x 6' (PC-246) SN PC2460VB58970813 Purchased Plastic Process Equipment Invoice # 2608795 | | | | 10/16/13 | $2017.27 |
| TOTAL: | | | | | $3504.02 |

## 2012 EQUIIPMENT SOLD OR SCRAPPED

SK 2/1/14   C:\My Documents\PCM Info Documents\MACHINERY 2013 Update.doc

# MACHINERY & EQUIPMENT LIST                    2012 Addendum

| Equipment | | | | Purchased | Amount ($) |
|---|---|---|---|---|---|
| **AFS-0230 A-3.0 HSN HMC Hot Sprue Nozzle Assembly & Preform Location Ring** — IN CLOSET<br>(purchased on Visa credit card) – OSCO Inc Runnerless Molding Systems Inv. #74925 | | | | 1/7/12 | $726.99 |
| **HL-8 HOPPER LOADER**<br>Serial Number HL8121491210<br>Purchased new from PPE (Plastic Process Equipment) | | | | 1/28/12 | $2331.31 |
| **CONCRETE SAW** – Target Econoline 14" w/gas engine<br>Purchased used on K-Bid Auction (used Visa credit card) | | | | 6/2/12 | $608.16 |
| | | | | | |
| **TOTAL:** | | | | | $3666.464 |

## 2012 EQUIPMENT SOLD OR SCRAPPED

| | | |
|---|---|---|
| | | |

SK 2/3/12   C:\My Documents\PCM Info Documents\MACHINERY 2012 Update.doc

# MACHINERY & EQUIPMENT LIST                    2011 Addendum

| Equipment | Purchased | Amount ($) |
|---|---|---|
| CANNON ImageClass D340 digital Copy Machine<br>Serial Number MGZ66306 -- Purchased New from Staples<br>(purchased on Visa credit card) -- UPC013803082364   *Keep* | 1/7/11 | $299.98 |
| PPE HOPPER LOADER HL-5<br>Serial Number HL5130011210<br>Purchased new from PPE (Plastic Process Equipment) | 1/19/11 | 1798.45 |
| PPE GRANULATOR EXHAUST & NARROW GRIPPER FOR ROBOT<br>Purchased new from PPE (Plastic Process Equipment) | 2/1/11 | 397.39 |
| ROLL-A-WAY PARTS CONVEYOR with Guardrail<br>PBV-16-14<br>Purchased new from Roll-A-Way Conveyors, Inc. | 4/20/11 | 2898.00 |
| PPE FIXED INCLINE CONVEYOR – Item # FIC-18<br>Serial Number FIC1890VL54430411<br>Purchased new from PPE (Plastic Process Equipment) | 8/18/11 | 3994.34 |
| PPE FIXED INCLINE CONVEYOR – Item#FIC-18<br>Serial Number FIC-1890vl54450411<br>Purchased new from PPE (Plastic Process Equipment) | 12/9/11 | 3995.38 |
| TOTAL: | | $13383.54 |

## 2011 EQUIPMENT SOLD OR SCRAPPED

| | |
|---|---|
| | |

SK 1/28/12    C:\My Documents\PCM Info Documents\MACHINERY 2010 Update.doc

## MACHINERY & EQUIPMENT LIST                                    2010 Addendum

| Equipment | | | | Purchased | Amount ($) |
|---|---|---|---|---|---|
| Applied Air Systems heater Unit, Model DFC-215-HRS<br>Serial Number 83-6480 | | | | 7/3/10 | $172.70 |
| Snorkel ATB-38E Articulating Boom Lift<br>Serial Number 992757 -- Purchased used on Visa Card from Iron Planet<br>Auctions | | | | ~~10/9/10~~ | ~~$588.51~~ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*scraped*

## 2010 EQUIPMENT SOLD OR SCRAPPED

| | | | |
|---|---|---|---|
| | | | |

SK 1/29/11    C:\My Documents\PCM Info Documents\MACHINERY 2010 Update.doc

## MACHINERY & EQUIPMENT LIST                                    2009 Addendum

| Equipment | | | | Purchased | Amount ($) |
|---|---|---|---|---|---|
| **PPE Hopper Loader for Material** (SN HL4137130608) <br> Purchased <u>New</u> from Plastic Process Equipment -- Inv. #1964501 <br> Paid 2/6/09 -- Check #9450 (paid on Chase Visa Credit Card) | | | | 1/7/09 | 1235.17 |
| **MC-2  Volumetric Metering Unit** (SN 209-1282-01 L91020D) <br> Purchased <u>New</u> from Thoreson McCosh Inc.- Inv. #63651 <br> Paid 2/28/09 -- Check #9472 ~ *COLOR FEEDER* | | | | 2/2/09 | 2505.00 |
| **TM 45# Capacity In-Feed Hopper** <br> Purchased <u>New</u> from Thoreson McCosh Inc. -- Inv. #63651 <br> Paid 2/28/09 -- Check #9472 *attachment for color feed* | | | | 2/2/09 | 780.00 |
| **New Holland Skidster w/Bucket**    (like a bobcat) <br> Purchased <u>Used</u> from Mike Kunz <br> Paid 1/25/09 -- Check #9437 | | | | 1/24/09 | $5000.00 |
| **United Silicone Portable Thermal Transfer Machine Model U825** <br> Purchased <u>Used</u> at Auction from Plant & Machinery Inc. (Kamco Plastics) <br> Paid 4/28/09 -- Check #4269 -- SN 2C82204400HW | | | | 4/28/09 | $850.00 |
| *one was scraped -- trek* <br> **United Silicone Therman Transfer Machine Model UF70** <br> Purchased <u>Used</u> at Auction from Plant & Machinery Inc. (Kamco Plastics) <br> Paid 4/28/09 -- Check #4269 -- SN 70A310754 | | | | 4/28/09 | $850.00 |
| **Novatec Hopper Dryer Model MDM50** <br> Purchased <u>Used</u> at Auction from Plant & Machinery Inc. (Kamco Plastics) <br> Paid 4/28/09 -- Check #4269 -- SN 3-6800-0004 | | | | 4/28/09 | $700.00 |
| #3 **Cincinnati Milacron VT-440-21 Injection Molding Machine** <br> Purchased Used at KB Auction from Juno Inc -- Invoice 090817-60577-78 <br> Paid on Visa credit card (personal for Ed & Sandy Krajecki) -- <br> SN 4039A61/91-38 <br> Equipment included Advantage Sentra Temperature Controller (SN 20831) | | | | 8/17/09 | $1498.91 |
| **Federal Pacific 225 KVA Transformer** <br> Purchased New  from Midwest Electrical Testing Inv.#21733 | | | | 9/30/09 | $1750 |
| **General Electric Bus Plug SB424RG** *for #12master* <br> Purchased New from Midwest Electrical Testing Inv.#21733 | | | | 9/30/09 | $1200.00 |

## 2009 EQUIIPMENT SOLD OR SCRAPPED

| | Original Purchase | |
|---|---|---|
| **Cincinnati 375 ton -- 32oz. Injection Molding Machine** <br> Serial # 400N3257-71 | Date 3/22/99 | $5956.50 <br> Received $2080 for Scrap |

# MACHINERY & EQUIPMENT LIST

**2008 Addendum**

| Equipment | Purchased | Amount ($) |
|---|---|---|
| **SEARS CRAFTSMAN SNOW BLOWER – 13 HP, 45 in., 4-Cycle** SN 1J047GT0101 – Model # 31A-9976T799 (247.88045-0) Purchased NEW from Sears.com – Put on Visa Credit Card (Chase Card Services) Paid 3/8/08 – Check #8969   *SCRAPED* | 2/4/08 | $2402.49 |
| **HP COMPAC DC5700 MICROTOWER COMPUTER w/Flat Panel Screen** SN 2UA8050PNQ With Windows XP Software/Combo CD Drive/Pentium Dual Processor/1.44MB Floppy Drive Purchased NEW direct from HP – Put on American Express Card Paid 3/8/08 – Check #8964 | 1/31/08 | $937.99 |
| **DELL LAPTOP COMPUTER (LAT D531, AMT ATHLON TK57)** SN GMGWQ1 (Dell Label P/N HY469-A00) With Windows XP Software, 15.4 inch wide screen & CD Drive Purchased NEW direct from DELL – Financed for 60 days with Dell (Not payed)   *SCRAPED* Paid 4/5/08 – Check #9080 | 2/22/08 | $809.62 |
| **BOB CAD-CAM Version 22 Software – CAD program** Purchased NEW direct from BobCAD-Cam Invoice #1307738 Paid 4/5/08 – Check #8991 | 4/5/08 | $1605.00 |
| **MATERIAL LOADER (Whisper for material) – Product Code SC1500VP** Purchased NEW from Northern Supply – Inv. # 247760 RI Paid 7/2/08 – check #9114 | 7/2/08 | $1722.06 |
| **HP COMPAQ DC5800 Microtower COMPUTER w/Flat Panel Screen** SN# 2UA8240VVF With Windows XP Software/Combo CD Drive/Pentium Dual Processor/1.44MB Floppy Drive Purchased NEW direct from HP – Put on Visa Credit Card (Chase Card Services) Paid 7/5/08 – Check #9119   (HP Invoice #44418148) | 6/13/08 | $1014.80 |
| **UNA-DYN DCR CARTRIDGE DRYER – 230 Volt** SN DCR-76325 Purchased USED from Blades Machinery – Inv. #48042 Paid 6/13/08 – check #4266 | 6/13/08 | $450.00 |
| **HP COLOR LASERJET CP1518ni Printer** Serial Number CNAC8320PT Purchased NEW from Quill Corp – Inv. #8860264 Paid 8/16/08 – check #9191 | 8/16/08 | $342.37 |
| **ROLL-A-WAY CONVEYOR – PARTS CONVEYOR** Model PBV-16-10 ft flat conveyor w/cleated belt for parts Purchased New from Roll-A-Way – Inv. # 131890 Paid 11/1/08 – Check #9305 | 10/24/08 | $1995.00 |
| **THORESON McCOSH – MC-2 Metering Auger Feeder w/Dart Controls** (for Coloring) Serial Number 208-1281-12 Purchased New From Thoreson McCosh – Inv. #63621 Paid 12/30/08 – Check #9402 | 12/18/08 | $2556.73 |
| **PPE Hopper Loader for Material (SN H1.7121240308)** Purchased New from Plastic Process Equipment – Inv. #1950680 Paid 1/3/09 – Check #9404 (paid on Chase Visa Credit Card) | 12/16/08 | $1559.58 |

## 2008 EQUIPMENT SOLD OR SCRAPPED

| | | | |
|---|---|---|---|
| | | | |

SK 1/30/09    C:\My Documents\PCM Info Documents\MACHINERY 2008 Update.doc

# MACHINERY & EQUIPMENT LIST                    2007 Addendum

| Equipment | Purchased | Amount ($) |
|---|---|---|
| **FORKLIFT BOOM, TELESCOPING**<br>Purchased NEW from McMaster Carr Supply Inv. #57962871 dated 1/22/07<br>Paid 2/24/07 on check # 8391 | 1/22/07 | 1310.11 |
| **REED 250 TG MACHINE (20OZ.) – Serial # G500171**<br>Purchase USED from A&S Service & Parts<br>Paid 1/13/07 on check #8304 | 1/13/07 | 2500.00 |
| **AVANTI REFRIGERATOR – Model RA756WT – SN 110601461**<br>Purchases NEW from ABT (for lunchroom) – 7.5 cuft<br>Paid 4/14/07 on Check #8450 – put on Chase Card Visa Services | 3/14/07 | $316.95 |
| **GE WATER SOFTENER**<br>Purchases NEW from Home Depot<br>Paid 7/7/07 on Check #8606 – put on Chase Card Visa Services | ~~3/31/07~~ | ~~$584.69~~ *SCRAPED* |
| **CONAIR DB12 Loader CS with Standard – Serial # 205690**<br>Purchased NEW from Conair<br>Paid 6/2/07 on check # 8556 – Inv. #Z3355460 | 6/2/07 | 1926.31 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## 2007 EQUIPMENT SOLD OR SCRAPPED

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

SK 1/1/98    C:\My Documents\PCM Info Documents\MACHINERY 2005 Update.doc

## MACHINERY & EQUIPMENT LIST (ASSESTS)                2004

| Equipment | Purchased | Amount ($) |
|---|---|---|
| **MOLDING MACHINES** | | |
| **CINCINNATI 1000 TON/400OZ. MOLDING MACHINE –** <br> Serial # 401-8A01/77/3 <br> Purchased from Woodstock Machinery Systems (Inv. #WMS131) | 4/27/00 | 37,205.00 |
| **REED PRENTICE 500 TG MOLDING MACHINE – 70 oz.** <br> **Serial # G900044** – Purchased from Woodstock Machinery Systems | 2/19/99 | $25,000.00 |
| **CINCINNATI MILACRON 375 TON MOLDING MACHINE- 32OZ.** <br> **Serial # 400N32 87-71** – Purchased from Cincinnati Industrial Auctioneers, Inc. ~~Scraped~~ | 3/2/99 | $5956.50 |
| **HPM INJECTION MOLDING MACHINE 500 TON** <br> Model M500-IXV-110 - Serial # 76-3115 <br> Purchased from Acme Plastic Machinery Corp. | 7/7/98 | $25,000.00. |
| **TWO 1975 REED TE 300 TON MOLDING MACHINES** <br> Serial #'s P991090 and P9910911 (Purchased from Woodstock Partners, Inc.) | 11/14/97 | $7,500.000 |
| **REED 200 TG MOLDING MACHINE** <br> Serial Number G500413 | 7/9/94 | $25,000.00 |
| **REED 1981 200 TG-20 MOLDINC MACHINE** <br> Serial Number G5002724 | 8/15/97 | $15,000.00 |
| **REED MODEL 200 TD, 200 TONS, 18OZ. INJECTION MOLDING** <br> Machine complete w/PM 1000 panel, SN P990786 (Used) ~~Scrapped~~ | 3/28/95 | $10,000.003 |
| | | |
| **ANCILLARY** | | |
| **STELL Mesh Flame Treater 30"x92"** <br> Purchased from Blades Machinery Co. (Used Equipment) ~~Scrape~~ | 6/1/04 | $850.00 |
| **MAC Flat Belt Conveyorr 24"x 209" and MAC Flat Belt Conveyor 24"x 30 ft** <br> W/gearhd motor & veriable speed control - Used Equipment <br> Purchased from Dovebid, Inc., (Auction of United Plastics) | 4/22/04 | $812.00 |
| **HARWELL HIQ200 Screen Printing Machine for 5 gallon pail with AUTOROLL Ventron Dryer Hood** <br> Purchased from H.L. Newman Equipment (Used Equipment) | 3/6/04 | $2,500.00 |
| **HYSTER FORK LIFT TRUCK (approx. year 1999)** <br> S/N CC004D0184W- Used <br> Purchased from International Auctioneers, Inc. (Auction of Renegate Plastics) | 4/9/03 | $6250.00 |
| **CONAIR MARTIN QUANTUM 300 ROBOTS – Purchased 2** <br> Serial Numbers 750-1184 and 750-1147 <br> Purchased from International Auctioneers, Inc. (Auction of Renegrade Plastics) Used | 4/9/03 | $1,000.00 |

*We have #15*                     *SOLD 1 - 2/5/05*

| | | |
|---|---|---|
| HEWLETT PACKARD 2000C INK JET PRINTER<br>Serial # US87P1400Q -- Purchased from CDW | 3/30/99 | $219.70 |
| TRIPP INTERNET UPS -- Battery Back-up for Computers (2 @ $74.99 each) --<br>purchased from CDW   *SCRAPE* | 3/30/99 | $149.98 |
| CONAIR DB13 Dust Beater Vacuum Loader -- (New, but mfg. in 1998) --<br>Purchased from Conair Xempro   *SCRAPE* | 5/8/99 | $769.54 |
| RITE HITE MODEL HD3086 DOCK LEVELER -- Serial # HD92-0218<br>(includes freight & installation)-- 40,000 lb. Capacity -- Purchased from W. E. Carlson Corp.   *PART OF BUILDING* | 10/23/99 | $9120.00 |
| MARLEY COOLING TOWER (purchased used at auction) | 11/9/99 | $650.00 |
| ENCO VERTICAL MILL - 9X42 STEP PULLY<br>Serial # 11131 - Model #100-1527 Purchased from Enco Manufacturing | 4/9/98 | $3595.00 |
| CLARK FORKLIFT TRUCK (USED)<br>Serial #235-487-3935 Purchased from Revell Monogram   *scrap*   -- | 3/28/98 | $1,100.00 |
| | | |
| | | |
| | | |

SK 5/15/04 Machiner Total

| | | |
|---|---|---|
| **STENBOM MASKINSERVICE – 220V DRYING OVEN**<br>S/N 139599- Used<br>Purchased from Dovebid (Auction of Nolato Shieldmate) *scrap* | 2/13/02 | 500.00 |
| **SAILOR ROBOT – SN 2009**<br>Purchasedd NEW from Sailor (leased from G.E. Capital) | 7/6/02 | $8,600.00 |
| **SAILOR ROBOT – SN 2008**<br>Purchased NEW from Sailor USA (leased from Key Financial) | 3/4/02 | $8,600.00 |
| **DIRECT LINE CONVEYOR – MODEL DKV-18-4-5**<br>Serial Number DK-1694<br>Purchased from Direct Line Product (Jackson, OH) brand NEW Invoice #25737-00 | 5/6/02 | $3009.00 |
| **CNC MACHINING CENTER – MODEL MYCENTER 4**<br>My Center4 SN# 30378 – Control Model 6MB S/N 7118356<br>Kitamura Software Series MA3 – Ver 14<br>Purchased Used from American Rigging (Spring Grove, IL) - Verbal per Walt Martens | 11/9/02 | $1000.00 |
| **WHITLOCK DRYER #DB-300 – Year 1998**<br>Serial # 910026 (Used)<br>Purchased from Excell Plastics (Oxford, MI) - Invoice #1004 | 12/26/02 | $950.00 |
| **MM TUMBLER**<br>Item #107857 - Purchased from IMS Company | 1/6/01 | $875.80 |
| **PLC CONTROLLER FOR LINEAR POSITIONING FOR 1000 TON CINCINNATI**<br>PLC Controller, a-Analog unit w/2 inputs, 1-operator interface panel with two line readout, 1-12" linear pot to mount on pancake, 1 set of indicator lights with labels, 1-set of software & hook-up cables.<br>Purchased from Associated Machine Rebuilding, Inc.<br>Labor to install above controller was $3,117.50 | 2/17/02 | $1825.00 |
| **MOLD POWER CABLE WITH FLOOR STAND**<br>Item # MPC8C10g and MFS512G<br>Purchased from EMI Corp. | 2/10/01 | $504.09 |
| **TRANSDUCER FOR #13 MACHINE**<br>PT1801-0060-111-3110 Position Transducer-60 Cable<br>Purchased from Groth Enterprises, Inc. | 4/2/01 | $823.00 |
| **NORTH STAR POWER WASHER**<br>Item Number 157820H – Serial Number 03013567 *scrap*<br>Purchased from Northern Tool & Equipment<br>Honda GX390 Engine Model, Pump Model Cat 4SF40GSI | 5/24/01 | 1607.22 |
| **FEDERAL CD-6 SA BLACK POP MACHINE**<br>Serial Number 111774401179 *scrap*<br>Purchased from Federal Machine Corp. (New 2001) | 6/23/01 | 2095.00 |
| **SPREADER CONE**<br>Mfg. #192811.01<br>Purchased from Universal Dynamics  (purchased on VISA card) | 3/13/00 | 594.18 |
| **CONAIR MODULAR DISTRIBUTION BOX FOR LOADER**<br>Item # MDB<br>Purchased from Conair Group, Inc. | 3/18/00 | 400.15 |

| | | |
|---|---|---|
| **CONAIR DUSTBEATER LOADER W/RV1 RATIO**<br>Item # Q20D – DB12<br>Purchased from Conair Group, Inc. | 3/25/00 | 1186.81 |
| **R8 SPINDLE 2 HP MILLING & DRILLING MACHINE**<br>Item # 105-117<br>Purchased from Enco Manufacturing | 3/20/00 | 912.15 |
| **MOULD-TEK ADDITIVE FEEDER UNIT** *scrap*<br>Model # AF-1 – Serial # 16546<br>Purchased from Mould-Tek Industries, Inc. (Inv. #01667) | 4/15/00 | 1,960.00 |
| **KENNEDY WORK STATIONS WITH MAPLE TOP (2)**<br>Item # P811-3332<br>Purchased from Enco Mfg. (2 @ $269.99 each) | 4/22/00 | 539.98 |
| **GR MULTIPOINT CLAMP POSITION** *scrap*<br>Purchased from Groth Enterprises | 6/10/00 | 1,195.00 |
| **TRANSFORMER 480 V (500 KVA – Dry Type) for Cincinnati Machine**<br>Purchased from Current Midwest Co. (Inv. #1106) | 6/9/00 | 4,500.00 |
| **BOLTSWITCH 1200 AMP 240V**<br>Purchased from Current Midwest Co. (Inv. #1110) | 7/15/00 | 1592.00 |
| **GE SB365R BUS PLUGS – 2 @ $1350.00 each**<br>Purchased from Current Midwest (Inv. #11105) | 7/15/00 | 2700.00 |
| **DK CONVEYOR**<br>Purchased from Direct Line Products (EMI Corp Div. - NEW)<br>Part # DKV 1834 | 8/5/00 | 1,751.21 |
| **PEDESTAL FANS 3 SPEED 24" INDUSTRIAL FANS (5)**<br>Purchased from Enco Manufacturing<br>5 fans purchased @ $169.95 each | 8/5/00 | 849.76 |
| **CUMBERLAND GRINDER (used) – Serial # 25086-6643**<br>Purchased from Revell-Monogram | 1/15/99 | $500.00 |
| **New 112.5 KVA Dry Type Transformer 480V PRI 240V sec**<br>Purchased from Current Midwest | 3/3/99 | $1828.00 |
| **COMPAQ PRESARIO 5686 COMPUTER**<br>450 MHz, Intel Pentium III – 96MB ram/384 MB – 12GB hard drive –<br>Windows 98 – Serial # 3D93CF5931CB (Sandy's) – Purchased from CDW | 3/30/99 | $1597.00 |
| **COMPAQ PRESARIO 5686 COMPUTER** *scrap*<br>450 MHz, Intel Pentium III – 96 MB ram/384 MB – 12GB hard drive –<br>Windows 98 – Serial # 3D93CF5931EJ (Engineering room) – Purchased from CDW | 3/30/99 | $1597.00 |
| **HEWLETT PACKARD DESIGNJET 450C-D PLOTTER**<br>Serial # CA715A#ABA – (with legs/memory chip upgrade and automatic paper roll feeder) –<br>Purchased from CDW | 3/30/99 | $2396.66 |
| **SONY 17 IN. MULTI SCAN SCREENS for above COMPAQ computers (2)**<br>(@ $565.00 each) – purchased from CDW | 3/30/99 | $1130.00 |

# MACHINERY & EQUIPMENT LIST                    2001 Addendum

| Equipment | Purchased | Amount |
|---|---|---|
| **MM TUMBLER**<br>Item #107857<br>Purchased from IMS Company<br>For drums of material | 1/6/01 | $875.80 |
| **PLC CONTROLLER FOR LINEAR POSITIONING FOR 1000 TON CINCINNATI**<br>PLC Controller, a-Analog unit w/2 inputs, 1-operator interface panel with two line readout, 1-12" linear pot to mount on pancake, 1 set of indicator lights with labels, 1-set of software & hook-up cables.<br>Purchased from Associated Machine Rebuilding, Inc.<br>Labor to install above controller was $3,117.50 | 2/17/02 | $1825.00 |
| **MOLD POWER CABLE WITH FLOOR STAND**<br>Item # MPC8C10g and MFS512G<br>Purchased from EMI Corp. | 2/10/01 | $504.09 |
| **TRANSDUCER FOR #13 MACHINE**<br>PT1801-0060-111-3110 Position Transducer-60 Cable<br>Purchased from Groth Enterprises, Inc. | 4/2/01 | $823.00 |
| **NORTH STAR POWER WASHER**<br>Item Number 157820E -- Serial Number 03013567<br>Purchased from Northern Tool & Equipment<br>Honda GX390 Engine Model, Pump Model Cat 4SF40GS1 | 5/24/01 | 1607.22 |
| **FEDERAL CD-6 SA BLACK POP MACHINE**<br>Serial Number 111774401179<br>Purchased from Federal Machine Corp. (New 2001) | 6/23/01 | 2095.00 |

## 2001 EQUIPMENT SOLD OR SCRAPPED

| Equipment | | Purchased | Amount |
|---|---|---|---|
| Rockola Pop Machine<br>Purchased 6/17/95 for $450.00 from Marriot Corp. (Used) | SCRAPPED | 6/1/01 | 0 |
| 1985 International Truck -- Model 1954<br>SN 1HTLDUXP4FHA604729 w/Morgan Van Body 24 ft.<br>Purchased 10/20/88 from Baur Truck & Equipment for $19010<br>Sold to Ed & Sand Krajecki for $1.00 | SOLD | 10/1/01 | $1.00 |

SK 2/22/02 (A:\MACHINERY 2001 Update.doc)

**Fill in this information to identify the case:**

Debtor name  **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

**2.1** | **John Minemeyer**
Creditor's Name

**120 N. LaSalle Street
Suite 2000
Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Judgment in US District Court ND Ill
Case Number 11 C 8433 & 07 C 1763**

Describe the lien
**Judgment Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$6,689,472.59**    Column B: **$0.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$6,689,472.59**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Douglas Chalmers
120 N. LaSalle St.,
Suite 2000
Chicago, IL 60602** | Line **2.1** | **8433** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.83** | **$22.83** |

| 2.1 | Priority creditor's name and mailing address **Illinois Department of Revenue Bankruptcy Department P. O. Box 64338 Chicago, IL 60664-0338** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

| 2.2 | Priority creditor's name and mailing address **Illinois Dept of Employment Securit P.O. Box 3637 Springfield, IL 62708-3637** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | **PRECISION CUSTOM MOLDERS, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Ooperations**
**P.O.Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Express**
**PO Box 297800**
**Fort Lauderdale, FL 33329-7800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **4019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T Mobility**
**P.O. Box 6428**
**Carol Stream, IL 60197-6428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  **1141**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,586.36 |
|---|---|---|---|

**ComEd**
**PO Box 61111**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  **3002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Culligan of Crystal Lake**
**380 Memorial Drive**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Edward and Sandra Krajecki**
**24450 W. Cherokee Trail**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **PRECISION CUSTOM MOLDERS, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,855.85**

Entec Polymers
1900 Summit Tower Blvd.
Suite 900
Orlando, FL 32810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods & Services__

Last 4 digits of account number __2166__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.86**

MCI Business
PO Box 15043
Albany, NY 12212-5043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods & Services__

Last 4 digits of account number __4823__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods & Services__

Last 4 digits of account number __0002__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$983.10**

Sentry Insurance
PO Box 8026
Stevens Point, WI 54481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.59**

Village of Spring Grove
7401 Meyer Road
Spring Grove, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods & Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

Welter Landscaping & Lawn
36468 N. Eastmoor Ave
Ingleside, IL 60041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods & Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                    Case number (if known) _____
          _____
                    Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **122.83** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **11,254.76** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ **11,377.59** |

**Fill in this information to identify the case:**

Debtor name      **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for property at: 1802 Holian Dr. Spring Grove, IL 60081** |
| State the term remaining | |
| List the contract number of any government contract | **Edward and Sandra Krajecki 24450 W. Cherokee Trail Grayslake, IL 60030** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **CAROLYN M LUNDEEN** | **41W770 ESTHER LANE**<br>**Saint Charles, IL 60175** | **John Minemeyer** | ■ D  **2.1**___<br>☐ E/F ___<br>☐ G ___ |
| 2.2 **DURA-LINE CORPORATION** | **11400 Parkside Drive**<br>**Suite 300**<br>**Knoxville, TN 37934** | **John Minemeyer** | ■ D  **2.1**___<br>☐ E/F ___<br>☐ G ___ |
| 2.3 **R-BOC REPRESENTATI VES, INC** | **c/o CAROLYN M LUNDEEN President**<br>**41W770 ESTHER LANE**<br>**Saint Charles, IL 60175** | **John Minemeyer** | ■ D  **2.1**___<br>☐ E/F ___<br>☐ G ___ |
| 2.4 **R-BOC REPRESENTATI VES, INC** | **c/o Richard Larsen**<br>**300 S. County Farm Road Suite I**<br>**Wheaton, IL 60187** | **John Minemeyer** | ■ D  **2.1**___<br>☐ E/F ___<br>☐ G ___ |

| Debtor | **PRECISION CUSTOM MOLDERS, INC.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.5 | **ROBERT LUNDEEN** | **c/o Richard Larsen**<br>**300 S. County Farm Road Suite I**<br>**Wheaton, IL 60187** | **John Minemeyer** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **ROBERT LUNDEEN** | **41W770 ESTHER LANE**<br>**Saint Charles, IL 60175** | **John Minemeyer** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **TIMOTHY GRIMSLEY** | **c/o Matthew G. McAndrews**<br>**200 West Madison Street, Suite 2040**<br>**Chicago, IL 60606** | **John Minemeyer** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **PRECISION CUSTOM MOLDERS, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$249,522.74** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$719,475.50** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$524,776.90** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Edward Krajecki** **24450 W. Cherokee Trail** **Grayslake, IL 60030** **Owner, Director, Officer** | **Weekly paycheck (see attachment)** | **$29,474.00** | **Salary** |
| 4.2. **Sandra Krajecki** **24450 W. Cherokee Trail** **Grayslake, IL 60030** **Owner, Director, Officer** | **Weekly paycheck (see attachment)** | **$12,693.00** | **Salary** |
| 4.3. **Ed & Sandy Krajecki** **24450 W. Cherokee Trail** **Grayslake, IL 60030** **Owners, Directors, Officers** | **Monthly rental of $2,500.00 (see attachment).** | **$22,500.00** | **Commercial Lease for property at:** **1802 Holian Dr.** **Spring Grove, IL 60081** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **JOHN MINEMYER** **v** **R-BOC REPRESENTATIVES et al,** **07 C 1763** | **Injunction** | **Northern District of Illinois** **219 S. Dearborn** **Chicago, IL 60604** | ☐ Pending ■ On appeal ☐ Concluded |
| 7.2. **Minemyer** **v.** **Dura-Line** **11-cv-8433** | **Injunction** | **Circuit Court for the Norther District o** **219 S. Dearborn** **Chicago, IL 60604** | ☐ Pending ■ On appeal ☐ Concluded |

Debtor     **PRECISION CUSTOM MOLDERS, INC.**                    Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Special Olympics** | $20.50 | **2/11/2017** | $20.50 |
| | **Recipients relationship to debtor**<br>**Third party** | | | |
| 9.2. | **Illnios Sheriffs' Assoc** | $100.00 | **2/25/2017** | $100.00 |
| | **Recipients relationship to debtor**<br>**Third party** | | | |
| 9.3. | **Spring Grove Firefighters** | $500 | **6/16/2017** | $500.00 |
| | **Recipients relationship to debtor**<br>**Third party** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lavelle Law, Ltd.**<br>**1933 N. Meacham Rd**<br>**Suite 600**<br>**Schaumburg, IL 60173** | | **10/2017** | **$2,500.00** |
| | Email or website address<br>**www.lavellelaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                                    Case number *(if known)*  _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑  None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑  None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑  None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐  None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| R-Boc<br>720 N. 17th St.<br>Unit 11<br>Saint Charles, IL 60174 | 1802 Holian Dr.<br>Spring Grove, IL 60081 | **Precision holds various molds (tooling) for R-Boc Distributors (d/b/a B & C Distributions). Most of the molds have been returned but Precision still has several molds owned by R-Boc** | **Unknown** |

**Part 12:    Details About Environment Information**

Debtor   **PRECISION CUSTOM MOLDERS, INC.** _____   Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   **Kakenmaster & Assoc** **333 Peterson Rd** **Libertyville, IL 60048** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                              Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Edward and Sandra Krajecki**<br>**24450 W. Cherokee Trail**<br>**Grayslake, IL 60030** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edward  Krajecki** | **24450 W. Cherokee Trail**<br>**Grayslake, IL 60030** | **President** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sandra Krajecki** | **24450 W. Cherokee Trail**<br>**Grayslake, IL 60030** | **Secretary/Treasurer** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **PRECISION CUSTOM MOLDERS, INC.**                                          Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 10, 2017**

**/s/ Sandra Krajecki**                                    **Sandra Krajecki**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Secretary -- Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

5:15 PM
10/04/17

## PRECISION CUSTOM MOLDERS, INC.
## Payroll Transactions by Payee
### October 1, 2016 through October 1, 2017

| Date | Name | Num | Type | Me... | Account | Amount |
|---|---|---|---|---|---|---|
| **Krajecki, Edward P.** | | | | | | |
| 10/01/2016 | Krajecki, Edward P. | 16183 | Paycheck | | Spring Grove State ... | -586.00 |
| 10/08/2016 | Krajecki, Edward P. | 16186 | Paycheck | | Spring Grove State ... | -586.00 |
| 10/15/2016 | Krajecki, Edward P. | 16188 | Paycheck | | Spring Grove State ... | -586.00 |
| 10/22/2016 | Krajecki, Edward P. | 16190 | Paycheck | | Spring Grove State ... | -536.00 |
| 10/29/2016 | Krajecki, Edward P. | 16192 | Paycheck | | Spring Grove State ... | -536.00 |
| 11/05/2016 | Krajecki, Edward P. | 16195 | Paycheck | | Spring Grove State ... | -536.00 |
| 11/12/2016 | Krajecki, Edward P. | 16198 | Paycheck | | Spring Grove State ... | -536.00 |
| 11/19/2016 | Krajecki, Edward P. | 16201 | Paycheck | | Spring Grove State ... | -536.00 |
| 11/26/2016 | Krajecki, Edward P. | 16204 | Paycheck | | Spring Grove State ... | -536.00 |
| 12/03/2016 | Krajecki, Edward P. | 16207 | Paycheck | | Spring Grove State ... | -536.00 |
| 12/10/2016 | Krajecki, Edward P. | 16210 | Paycheck | | Spring Grove State ... | -536.00 |
| 12/17/2016 | Krajecki, Edward P. | 16213 | Paycheck | | Spring Grove State ... | -536.00 |
| 12/24/2016 | Krajecki, Edward P. | 16215 | Paycheck | | Spring Grove State ... | -536.00 |
| 12/31/2016 | Krajecki, Edward P. | 16218 | Paycheck | | Spring Grove State ... | -1,072.00 |
| 01/07/2017 | Krajecki, Edward P. | 16221 | Paycheck | | Spring Grove State ... | -536.00 |
| 01/14/2017 | Krajecki, Edward P. | 16223 | Paycheck | | Spring Grove State ... | -536.00 |
| 01/21/2017 | Krajecki, Edward P. | 16225 | Paycheck | | Spring Grove State ... | -536.00 |
| 01/28/2017 | Krajecki, Edward P. | 16228 | Paycheck | | Spring Grove State ... | -536.00 |
| 02/04/2017 | Krajecki, Edward P. | 16230 | Paycheck | | Spring Grove State ... | -536.00 |
| 02/11/2017 | Krajecki, Edward P. | 16233 | Paycheck | | Spring Grove State ... | -536.00 |
| 02/18/2017 | Krajecki, Edward P. | 16236 | Paycheck | | Spring Grove State ... | -536.00 |
| 02/25/2017 | Krajecki, Edward P. | 16238 | Paycheck | | Spring Grove State ... | -536.00 |
| 03/04/2017 | Krajecki, Edward P. | 16240 | Paycheck | | Spring Grove State ... | -536.00 |
| 03/11/2017 | Krajecki, Edward P. | 16243 | Paycheck | | Spring Grove State ... | -536.00 |
| 03/18/2017 | Krajecki, Edward P. | 16246 | Paycheck | | Spring Grove State ... | -536.00 |
| 03/25/2017 | Krajecki, Edward P. | 16249 | Paycheck | | Spring Grove State ... | -536.00 |
| 04/01/2017 | Krajecki, Edward P. | 16252 | Paycheck | | Spring Grove State ... | -536.00 |
| 04/08/2017 | Krajecki, Edward P. | 16255 | Paycheck | | Spring Grove State ... | -536.00 |
| 04/15/2017 | Krajecki, Edward P. | 16258 | Paycheck | | Spring Grove State ... | -536.00 |
| 04/22/2017 | Krajecki, Edward P. | 16261 | Paycheck | | Spring Grove State ... | -536.00 |
| 04/29/2017 | Krajecki, Edward P. | 16263 | Paycheck | | Spring Grove State ... | -536.00 |
| 05/06/2017 | Krajecki, Edward P. | 16266 | Paycheck | | Spring Grove State ... | -536.00 |
| 05/13/2017 | Krajecki, Edward P. | 16269 | Paycheck | | Spring Grove State ... | -536.00 |
| 05/20/2017 | Krajecki, Edward P. | 16272 | Paycheck | | Spring Grove State ... | -536.00 |
| 05/27/2017 | Krajecki, Edward P. | 16275 | Paycheck | | Spring Grove State ... | -536.00 |
| 06/03/2017 | Krajecki, Edward P. | 16278 | Paycheck | | Spring Grove State ... | -1,072.00 |
| 06/10/2017 | Krajecki, Edward P. | 16281 | Paycheck | | Spring Grove State ... | -536.00 |
| 06/17/2017 | Krajecki, Edward P. | 16284 | Paycheck | | Spring Grove State ... | -536.00 |
| 06/24/2017 | Krajecki, Edward P. | 16287 | Paycheck | | Spring Grove State ... | -536.00 |
| 07/01/2017 | Krajecki, Edward P. | 16290 | Paycheck | | Spring Grove State ... | -536.00 |
| 07/08/2017 | Krajecki, Edward P. | 16293 | Paycheck | | Spring Grove State ... | -536.00 |
| 07/15/2017 | Krajecki, Edward P. | 16296 | Paycheck | | Spring Grove State ... | -524.00 |
| 07/22/2017 | Krajecki, Edward P. | 16299 | Paycheck | | Spring Grove State ... | -524.00 |
| 07/29/2017 | Krajecki, Edward P. | 16302 | Paycheck | | Spring Grove State ... | -524.00 |
| 08/05/2017 | Krajecki, Edward P. | 16305 | Paycheck | | Spring Grove State ... | -524.00 |
| 08/12/2017 | Krajecki, Edward P. | 16308 | Paycheck | | Spring Grove State ... | -524.00 |
| 08/19/2017 | Krajecki, Edward P. | 16311 | Paycheck | | Spring Grove State ... | -524.00 |
| 08/26/2017 | Krajecki, Edward P. | 16314 | Paycheck | | Spring Grove State ... | -524.00 |

5:15 PM
10/04/17

# PRECISION CUSTOM MOLDERS, INC.
## Payroll Transactions by Payee
### October 1, 2016 through October 1, 2017

| Date | Name | Num | Type | Me... | Account | Amount |
|------|------|-----|------|-------|---------|--------|
| 09/02/2017 | Krajecki, Edward P. | 16317 | Paycheck | | Spring Grove State ... | -524.00 |
| 09/09/2017 | Krajecki, Edward P. | 16320 | Paycheck | | Spring Grove State ... | -524.00 |
| 09/16/2017 | Krajecki, Edward P. | 16323 | Paycheck | | Spring Grove State ... | -524.00 |
| 09/23/2017 | Krajecki, Edward P. | 16326 | Paycheck | | Spring Grove State ... | -524.00 |
| 09/24/2017 | Krajecki, Edward P. | 16329 | Paycheck | | Spring Grove State ... | -524.00 |
| Total Krajecki, Edward P. | | | | | | -29,474.00 |
| | | | | | | |
| TOTAL | | | | | | -29,474.00 |

5:14 PM
10/04/17

# PRECISION CUSTOM MOLDERS, INC.
## Payroll Transactions by Payee
### October 1, 2016 through October 1, 2017

| Date | Name | Num | Type | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| **Krajecki, Sandra J** | | | | | | |
| 10/01/2016 | Krajecki, Sandra J | 16184 | Paycheck | | Spring Grove State … | -293.00 |
| 10/29/2016 | Krajecki, Sandra J | 16193 | Paycheck | | Spring Grove State … | -243.00 |
| 11/05/2016 | Krajecki, Sandra J | 16196 | Paycheck | | Spring Grove State … | -243.00 |
| 11/12/2016 | Krajecki, Sandra J | 16199 | Paycheck | | Spring Grove State … | -243.00 |
| 11/19/2016 | Krajecki, Sandra J | 16202 | Paycheck | | Spring Grove State … | -243.00 |
| 11/26/2016 | Krajecki, Sandra J | 16205 | Paycheck | | Spring Grove State … | -243.00 |
| 12/03/2016 | Krajecki, Sandra J | 16208 | Paycheck | | Spring Grove State … | -243.00 |
| 12/10/2016 | Krajecki, Sandra J | 16211 | Paycheck | | Spring Grove State … | -193.00 |
| 12/24/2016 | Krajecki, Sandra J | 16216 | Paycheck | | Spring Grove State … | -193.00 |
| 12/31/2016 | Krajecki, Sandra J | 16219 | Paycheck | | Spring Grove State … | -193.00 |
| 01/21/2017 | Krajecki, Sandra J | 16226 | Paycheck | | Spring Grove State … | -243.00 |
| 02/04/2017 | Krajecki, Sandra J | 16231 | Paycheck | | Spring Grove State … | -243.00 |
| 02/11/2017 | Krajecki, Sandra J | 16234 | Paycheck | | Spring Grove State … | -243.00 |
| 03/04/2017 | Krajecki, Sandra J | 16241 | Paycheck | | Spring Grove State … | -243.00 |
| 03/11/2017 | Krajecki, Sandra J | 16244 | Paycheck | | Spring Grove State … | -243.00 |
| 03/18/2017 | Krajecki, Sandra J | 16247 | Paycheck | | Spring Grove State … | -243.00 |
| 03/25/2017 | Krajecki, Sandra J | 16250 | Paycheck | | Spring Grove State … | -243.00 |
| 04/01/2017 | Krajecki, Sandra J | 16253 | Paycheck | | Spring Grove State … | -243.00 |
| 04/08/2017 | Krajecki, Sandra J | 16256 | Paycheck | | Spring Grove State … | -243.00 |
| 04/15/2017 | Krajecki, Sandra J | 16259 | Paycheck | | Spring Grove State … | -243.00 |
| 04/29/2017 | Krajecki, Sandra J | 16264 | Paycheck | | Spring Grove State … | -243.00 |
| 05/06/2017 | Krajecki, Sandra J | 16267 | Paycheck | | Spring Grove State … | -243.00 |
| 05/13/2017 | Krajecki, Sandra J | 16270 | Paycheck | | Spring Grove State … | -243.00 |
| 05/20/2017 | Krajecki, Sandra J | 16273 | Paycheck | | Spring Grove State … | -243.00 |
| 05/27/2017 | Krajecki, Sandra J | 16276 | Paycheck | | Spring Grove State … | -243.00 |
| 06/03/2017 | Krajecki, Sandra J | 16279 | Paycheck | | Spring Grove State … | -243.00 |
| 06/10/2017 | Krajecki, Sandra J | 16282 | Paycheck | | Spring Grove State … | -243.00 |
| 06/17/2017 | Krajecki, Sandra J | 16285 | Paycheck | | Spring Grove State … | -243.00 |
| 06/24/2017 | Krajecki, Sandra J | 16288 | Paycheck | | Spring Grove State … | -243.00 |
| 07/01/2017 | Krajecki, Sandra J | 16291 | Paycheck | | Spring Grove State … | -293.00 |
| 07/08/2017 | Krajecki, Sandra J | 16294 | Paycheck | | Spring Grove State … | -287.00 |
| 07/15/2017 | Krajecki, Sandra J | 16297 | Paycheck | | Spring Grove State … | -287.00 |
| 07/22/2017 | Krajecki, Sandra J | 16300 | Paycheck | | Spring Grove State … | -287.00 |
| 07/29/2017 | Krajecki, Sandra J | 16303 | Paycheck | | Spring Grove State … | -287.00 |
| 08/05/2017 | Krajecki, Sandra J | 16306 | Paycheck | | Spring Grove State … | -861.00 |
| 08/12/2017 | Krajecki, Sandra J | 16309 | Paycheck | | Spring Grove State … | -861.00 |
| 08/19/2017 | Krajecki, Sandra J | 16312 | Paycheck | | Spring Grove State … | -861.00 |
| 08/26/2017 | Krajecki, Sandra J | 16315 | Paycheck | | Spring Grove State … | -287.00 |
| 09/02/2017 | Krajecki, Sandra J | 16318 | Paycheck | | Spring Grove State … | -287.00 |
| 09/09/2017 | Krajecki, Sandra J | 16321 | Paycheck | | Spring Grove State … | -287.00 |
| 09/16/2017 | Krajecki, Sandra J | 16324 | Paycheck | | Spring Grove State … | -287.00 |
| 09/23/2017 | Krajecki, Sandra J | 16327 | Paycheck | | Spring Grove State … | -287.00 |
| 09/24/2017 | Krajecki, Sandra J | 16330 | Paycheck | | Spring Grove State … | -287.00 |
| **Total Krajecki, Sandra J** | | | | | | **-12,693.00** |
| **TOTAL** | | | | | | **-12,693.00** |

5:11 PM

10/04/17

Accrual Basis

## PRECISION CUSTOM MOLDERS, INC.
## Account QuickReport
### October through December 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Rent |  |  |  |  |  |  |
| Check | 10/22/2016 | 12968 | Edward & Sandra K... | Rent - October 2016 | First American... | 2,000.00 |
| Check | 11/25/2016 | 13003 | Edward & Sandra K... | Rent - November 2016 | First American... | 2,500.00 |
| Check | 12/23/2016 | 13038 | Edward & Sandra K... | Rent - December 2016 | First American... | 2,500.00 |
| Total Rent |  |  |  |  |  | 7,000.00 |
| TOTAL |  |  |  |  |  | 7,000.00 |

5:10 PM
10/04/17
Accrual Basis

# PRECISION CUSTOM MOLDERS, INC.
## Account QuickReport
### January through December 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Rent** | | | | | | |
| Check | 01/28/2017 | 13069 | Edward & Sandra K... | RENT - JANUARY 2017 | First American... | 2,500.00 |
| Check | 02/25/2017 | 13100 | Edward & Sandra K... | RENT - FEBRUARY 2017 | First American... | 2,500.00 |
| Check | 04/01/2017 | 13131 | Edward & Sandra K... | RENT - MARCH 2017 | First American... | 2,500.00 |
| Check | 04/22/2017 | 13154 | Edward & Sandra K... | RENT - APRIL 2017 | First American... | 2,500.00 |
| Check | 06/03/2017 | 13194 | Edward & Sandra K... | RENT - MAY 2017 | First American... | 2,500.00 |
| Check | 06/16/2017 | 13215 | Edward & Sandra K... | RENT - JUNE 2017 | First American... | 2,500.00 |
| Check | 07/15/2017 | 13241 | Edward & Sandra K... | RENT - JULY 2017 | First American... | 2,500.00 |
| Check | 08/19/2017 | 13273 | Edward & Sandra K... | RENT - AUGUST 2017 | First American... | 2,500.00 |
| Check | 09/16/2017 | 13309 | Edward & Sandra K... | RENT - SEPTEMBER 2017 | First American... | 2,500.00 |
| **Total Rent** | | | | | | 22,500.00 |
| **TOTAL** | | | | | | 22,500.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **PRECISION CUSTOM MOLDERS, INC.** _____     Case No. _____

Debtor(s)     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____   $ _____ **2,500.00**

Prior to the filing of this statement I have received _____   $ _____ **2,500.00**

Balance Due _____   $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 10, 2017** _____     **/s/ Timothy M. Hughes**
*Date*     **Timothy M. Hughes 6208982**
     *Signature of Attorney*
     **Lavelle Law, Ltd.**
     **1933 N. Meacham Road**
     **Suite 600**
     **Schaumburg, IL 60173**
     **847.705-9698  Fax: 847.241-1702**
     **thughes@lavellelaw.com**
     *Name of law firm*

---

# United States Bankruptcy Court

### Northern District of Illinois

In re  **PRECISION CUSTOM MOLDERS, INC.**                                     Case No. _____

                                                        Debtor(s)         Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

                                        Number of Creditors:   _____  **23**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 10, 2017**                              **/s/ Sandra Krajecki**
_____                              _____
                                                        **Sandra Krajecki/Secretary -- Treasurer**
                                                        Signer/Title

American Express
PO Box 297800
Fort Lauderdale, FL 33329-7800

AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428

CAROLYN M LUNDEEN
41W770 ESTHER LANE
Saint Charles, IL 60175

ComEd
PO Box 61111
Carol Stream, IL 60197

Culligan of Crystal Lake
380 Memorial Drive
Crystal Lake, IL 60014

Douglas Chalmers
120 N. LaSalle St.,
Suite 2000
Chicago, IL 60602

DURA-LINE CORPORATION
11400 Parkside Drive
Suite 300
Knoxville, TN 37934

Edward and Sandra Krajecki
24450 W. Cherokee Trail
Grayslake, IL 60030

Entec Polymers
1900 Summit Tower Blvd.
Suite 900
Orlando, FL 32810

Illinois Department of Revenue
Bankruptcy Department
P. O. Box 64338
Chicago, IL 60664-0338

Illinois Dept of Employment Securit
P.O. Box 3637
Springfield, IL 62708-3637


Internal Revenue Service
Centralized Insolvency Ooperations
P.O.Box 7346
Philadelphia, PA 19101-7346


John Minemeyer
120 N. LaSalle Street
Suite 2000
Chicago, IL 60602


MCI Business
PO Box 15043
Albany, NY 12212-5043


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


R-BOC REPRESENTATIVES, INC
c/o CAROLYN M LUNDEEN President
41W770 ESTHER LANE
Saint Charles, IL 60175


R-BOC REPRESENTATIVES, INC
c/o Richard Larsen
300 S. County Farm Road Suite I
Wheaton, IL 60187


ROBERT LUNDEEN
c/o Richard Larsen
300 S. County Farm Road Suite I
Wheaton, IL 60187


ROBERT LUNDEEN
41W770 ESTHER LANE
Saint Charles, IL 60175


Sentry Insurance
PO Box 8026
Stevens Point, WI 54481

```
TIMOTHY GRIMSLEY
c/o Matthew G. McAndrews
200 West Madison Street, Suite 2040
Chicago, IL 60606


Village of Spring Grove
7401 Meyer Road
Spring Grove, IL


Welter Landscaping & Lawn
36468 N. Eastmoor Ave
Ingleside, IL 60041
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **PRECISION CUSTOM MOLDERS, INC.**                              Case No.

Debtor(s)                                                                                 Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PRECISION CUSTOM MOLDERS, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 10, 2017**
Date

**/s/ Timothy M. Hughes**
**Timothy M. Hughes 6208982**
Signature of Attorney or Litigant
Counsel for   **PRECISION CUSTOM MOLDERS, INC.**
**Lavelle Law, Ltd.**
**1933 N. Meacham Road**
**Suite 600**
**Schaumburg, IL 60173**
**847.705-9698 Fax:847.241-1702**
**thughes@lavellelaw.com**