UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PRECISION CUSTOM MOLDERS, INC.** | ) | Bankruptcy Case No. 17-82362 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

    The undersigned certifies that on November 6, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    PRECISION CUSTOM MOLDERS, INC.
    P.O. BOX 190
    SPRING GROVE, IL 60081

    TIMOTHY M HUGHES
    LAVELLE LEGAL SERVICES LTD
    1933 N. MEACHAM RD., #600
    SCHAUMBURG, IL 60173
    *(Via ECF Electronic Transmission)*

    RSM US LLP
    5155 Paysphere Circle
    Chicago, IL 60674

    Internal Revenue Service
    Centralized Insolvency Ooperations
    P.O.Box 7317
    Philadelphia, PA 19101-7346

    American Express Bank, FSB
    c/o Becket and Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

John T. Minemeyer
120 N. LaSalle Street
Suite 2000
Chicago, IL 60602


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com