**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PRECISION CUSTOM MOLDERS, INC.     § Case No. 17-82362-TML
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $147,016.91    Claims Discharged
                                                Without Payment: $6,553,979.84

Total Expenses of Administration: $63,579.52

---

   3) Total gross receipts of $ 210,596.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $210,596.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,689,472.59 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 63,579.52 | 63,579.52 | 63,579.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 122.83 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 11,254.76 | 6,689,619.16 | 6,689,619.16 | 147,016.91 |
| **TOTAL DISBURSEMENTS** | $6,700,850.18 | $6,753,198.68 | $6,753,198.68 | $210,596.43 |

4) This case was originally filed under Chapter 7 on October 10, 2017. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2019          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Office Equipment Including Computer Equipment | 1129-000 | 140,000.00 |
| First American Bank - Checking | 1129-000 | 60,659.26 |
| Spring Grove State Bank - Payroll Checking | 1129-000 | 78.75 |
| First American Bank - Checking | 1129-000 | 81.17 |
| Accounts Receivable | 1121-000 | 8,337.10 |
| Insurance Claim (Sentry Insurance) | 1229-000 | 1,415.02 |
| Utility Refund | 1229-000 | 25.13 |
| **TOTAL GROSS RECEIPTS** | | **$210,596.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | John Minemeyer | 4110-000 | 6,689,472.59 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,689,472.59** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 13,779.82 | 13,779.82 | 13,779.82 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 362.00 | 362.00 | 362.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 12,795.00 | 12,795.00 | 12,795.00 |
| Accountant for Trustee Fees (Trustee Firm) - RSM US LLP | 3310-000 | N/A | 2,656.00 | 2,656.00 | 2,656.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.56 | 114.56 | 114.56 |
| Other - Sandra J. Krajecki | 2410-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - Sandra J. Krajecki | 2420-750 | N/A | 1,245.02 | 1,245.02 | 1,245.02 |
| Other - Sandra J. Krajecki | 2420-000 | N/A | 2,468.65 | 2,468.65 | 2,468.65 |
| Other - Trustee Bernard J. Natale | 2410-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 280.38 | 280.38 | 280.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 316.12 | 316.12 | 316.12 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 88.76 | 88.76 | 88.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 265.27 | 265.27 | 265.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 292.75 | 292.75 | 292.75 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 2,524.00 | 2,524.00 | 2,524.00 |
| Other - United States Treasury | 2810-000 | N/A | 3,152.07 | 3,152.07 | 3,152.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 280.18 | 280.18 | 280.18 |
| Other - Trustee Bernard J. Natale and Sandra Krajecki | 2420-000 | N/A | 4,895.00 | 4,895.00 | 4,895.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 141.18 | 141.18 | 141.18 |
| Other - Sandra J. Krajecki | 2420-000 | N/A | 2,922.76 | 2,922.76 | 2,922.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$63,579.52** | **$63,579.52** | **$63,579.52** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenue | 5200-000 | 22.83 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept of Employment | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $122.83 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | U.S. Bankruptcy Court - American Express Bank, FSB | 7100-001 | 0.00 | 146.57 | 146.57 | 3.22 |
| 3 | John T. Minemeyer | 7100-000 | N/A | 6,689,472.59 | 6,689,472.59 | 147,013.69 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MCI Business | 7100-000 | 33.86 | N/A | N/A | 0.00 |
| NOTFILED | Village of Spring Grove | 7100-000 | 75.59 | N/A | N/A | 0.00 |
| NOTFILED | Sentry Insurance | 7100-000 | 983.10 | N/A | N/A | 0.00 |
| NOTFILED | Entec Polymers | 7100-000 | 5,855.85 | N/A | N/A | 0.00 |
| NOTFILED | Welter Landscaping & Lawn | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | Culligan of Crystal Lake | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward and Sandra Krajecki | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 1,586.36 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,254.76 | $6,689,619.16 | $6,689,619.16 | $147,016.91 |

**UST Form 101-7-TDR (10/1/2010)**

Case 17-82362    Doc 52    Filed 03/08/19    Entered 03/08/19 09:25:15    Desc Main
Document      Page 6 of 9

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82362-TML  
**Case Name:** PRECISION CUSTOM MOLDERS, INC.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/10/17 (f)  
**§341(a) Meeting Date:** 11/16/17  

**Period Ending:** 01/22/19  
**Claims Bar Date:** 01/18/18

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Office Equipment Including Computer Equipment | Unknown | 0.00 | | 140,000.00 | FA |
| 2  First American Bank - Checking | 58,767.18 | 58,767.18 | | 60,659.26 | FA |
| 3  Spring Grove State Bank - Payroll Checking | 114.00 | 114.00 | | 78.75 | FA |
| 4  First American Bank - Checking | 81.17 | 81.17 | | 81.17 | FA |
| 5  Accounts Receivable | 11,623.00 | 11,623.00 | | 8,337.10 | FA |
| 6  Accounts Receivable | Unknown | 0.00 | | 0.00 | FA |
| 7  Inventory | Unknown | 0.00 | | 0.00 | FA |
| 8  Office Furniture - Attached List | Unknown | 0.00 | | 0.00 | FA |
| 9  Office Fixtures - Attached List | Unknown | 0.00 | | 0.00 | FA |
| 10  Automobiles - Attached List | Unknown | 0.00 | | 0.00 | FA |
| 11  Machinery, Fixtures and Equipment-Attached List | Unknown | 0.00 | | 0.00 | FA |
| 12  Insurance Claim (Sentry Insurance)  (u) | 0.00 | 0.00 | | 1,415.02 | FA |
| 13  Utility Refund  (u) | 0.00 | 0.00 | | 25.13 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$70,585.35** | **$70,585.35** | | **$210,596.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  October 31, 2018     **Current Projected Date Of Final Report (TFR):**  October 22, 2018  (Actual)

Printed: 01/22/2019 02:48 PM     V.14.14

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-82362-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PRECISION CUSTOM MOLDERS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***0779 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 01/22/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/18 | {1} | Barrick Switzer Trust Account | Monies received from sale of equipment pursuant to Court Order entered 1/24/18 | 1129-000 | 140,000.00 | | 140,000.00 |
| 03/12/18 | {5} | R-BOC Representatives, Inc. dba B&C Distribution | Accounts Receivable | 1121-000 | 8,337.10 | | 148,337.10 |
| 03/12/18 | {12} | Sentry Insurance | Recoverable Depreciation | 1229-000 | 983.10 | | 149,320.20 |
| 03/12/18 | {13} | AT&T | Refund on utility bill | 1229-000 | 25.13 | | 149,345.33 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.56 | 149,230.77 |
| 04/02/18 | {3} | The State Bank Group | Payroll - Checking Account Refund | 1129-000 | 78.75 | | 149,309.52 |
| 04/02/18 | | First American Bank | Checking Account Refund | | 60,740.43 | | 210,049.95 |
| | {4} | | Checking Account Refund    81.17 | 1129-000 | | | 210,049.95 |
| | {2} | | Checking Account Refund    60,659.26 | 1129-000 | | | 210,049.95 |
| 04/30/18 | 101 | Sandra J. Krajecki | Rent (1/2 from October 2017-March 2018) & Utility and Insurance Expenses per Court Order entered April 27, 2018 | | | 11,213.67 | 198,836.28 |
| | | | Rent (1/2 from October 2017-March 2018)    7,500.00 | 2410-000 | | | 198,836.28 |
| | | | Insurance on Property    1,245.02 | 2420-750 | | | 198,836.28 |
| | | | Utilities for Property    2,468.65 | 2420-000 | | | 198,836.28 |
| 04/30/18 | 102 | Trustee Bernard J. Natale | Edward P. Krajecki (18-80678) Rent (1/2 - October 2017-March 2018) pursuant to Court Order entered April 27, 2018 | 2410-000 | | 7,500.00 | 191,336.28 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.38 | 191,055.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 316.12 | 190,739.78 |
| 06/04/18 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2018 FOR CASE #17-82362, Bond #016018067 | 2300-000 | | 88.76 | 190,651.02 |
| 06/21/18 | {12} | Sentry Insurance | Overpayment on Workers Comp Premium | 1229-000 | 431.92 | | 191,082.94 |
| 06/25/18 | 104 | Illinois Department of Revenue | IL-1120-V; FEIN 36-3120779; Tax Year Ending March 2018 Voided on 07/03/18 | 2820-000 | | 2,524.00 | 188,558.94 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.27 | 188,293.67 |
| 07/03/18 | 104 | Illinois Department of Revenue | IL-1120-V; FEIN 36-3120779; Tax Year Ending March 2018 Voided: check issued on 06/25/18 | 2820-000 | | -2,524.00 | 190,817.67 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 292.75 | 190,524.92 |
| 08/14/18 | 105 | Illinois Department of Revenue | IL-1120-V; FEIN 36-3120779; Tax Year Ending | 2820-000 | | 2,524.00 | 188,000.92 |

Subtotals : $210,596.43   $22,595.51

{} Asset reference(s)    Printed: 01/22/2019 02:48 PM    V.14.14

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-82362-TML  
**Case Name:** PRECISION CUSTOM MOLDERS, INC.

**Taxpayer ID #:** **-***0779  
**Period Ending:** 01/22/19

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | March 2018 | | | | |
| 08/14/18 | 106 | United States Treasury | 1120; FEIN 36-3120779; Tax Year Ending March 31, 2018 | 2810-000 | | 3,152.07 | 184,848.85 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.18 | 184,568.67 |
| 09/21/18 | 107 | Trustee Bernard J. Natale | Edward P. Krajecki (18-80678) and Sandra Krajecki individually - Administrative Expense Priority for Damage pursuant to Court Order entered August 29, 2018 Voided on 09/21/18 | 2420-000 | | 4,895.00 | 179,673.67 |
| 09/21/18 | 107 | Trustee Bernard J. Natale | Edward P. Krajecki (18-80678) and Sandra Krajecki individually - Administrative Expense Priority for Damage pursuant to Court Order entered August 29, 2018 Voided: check issued on 09/21/18 | 2420-000 | | -4,895.00 | 184,568.67 |
| 09/21/18 | 108 | Trustee Bernard J. Natale and Sandra Krajecki | Edward P. Krajecki (18-80678) and Sandra Krajecki individually - Administrative Expense Priority for Damage pursuant to Court Order entered August 29, 2018 | 2420-000 | | 4,895.00 | 179,673.67 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.18 | 179,532.49 |
| 10/19/18 | 109 | Sandra J. Krajecki | Reimbursement of Utility Expenses (12/17-3/18) pursuant to Court Order entered October 17, 2018 | 2420-000 | | 2,922.76 | 176,609.73 |
| 11/29/18 | 110 | RSM US LLP | Dividend paid 100.00% on $2,656.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 2,656.00 | 173,953.73 |
| 11/29/18 | 111 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $13,779.82, Trustee Compensation; Reference: | 2100-000 | | 13,779.82 | 160,173.91 |
| 11/29/18 | 112 | John T. Minemeyer | Dividend paid 2.19% on $6,689,472.59; Claim# 3; Filed: $6,689,472.59; Reference: | 7100-000 | | 147,013.69 | 13,160.22 |
| 11/29/18 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-001 | | 3.22 | 13,157.00 |
| 11/29/18 | 114 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 13,157.00 | 0.00 |
| | | | Dividend paid 100.00%    362.00 on $362.00; Claim# ; Filed: $362.00 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00%    12,795.00 on $12,795.00; Claim# ; Filed: $12,795.00 | 3210-000 | | | 0.00 |

Subtotals :    $0.00    $188,000.92

{} Asset reference(s)

Printed: 01/22/2019 02:48 PM    V.14.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 17-82362-TML  
**Case Name:** PRECISION CUSTOM MOLDERS, INC.  
**Taxpayer ID #:** **-***0779  
**Period Ending:** 01/22/19

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $2,827,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 210,596.43 | 210,596.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 210,596.43 | 210,596.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$210,596.43** | **$210,596.43** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7666** | 210,596.43 | 210,596.43 | 0.00 |
| | **$210,596.43** | **$210,596.43** | **$0.00** |

{} Asset reference(s)

Printed: 01/22/2019 02:48 PM    V.14.14